UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                      CASE NO.

**ADVOCATE FINANCIAL, LLC**                                 **10-10615**
                                                            SECTION A
DEBTOR                                                      CHAPTER 11

## ORDER FOLLOWING HEARING

On March 12, 2010, the Court heard the Motion to Prohibit Use of Cash Collateral, for Adequate Protection, or Alternatively, for Relief from Automatic Stay ("the Motion") (pl. 22) filed by Hancock Bank of Louisiana ("Hancock"), and the Opposition (pl. 35) thereto filed by the debtor, Advocate Financial, LLC ("Debtor"). Appearances were made by:

Stephen P. Strohschein and E. Stewart Spielman, counsel for Hancock; and

Dennis LaBorde and Stephen Schott, counsel for Debtor.

**IT IS ORDERED** that Debtor is authorized to use cash collateral in the total monthly amount of $6,000.00, with a 10% variance, on an interim basis, until the final hearing on the Motion. Dalinda Dowden is the only professional authorized by the Court at this time. The specific amounts authorized are:

1) rent in the amount of $150.00;

2) salary expense of Dalinda Dowden in the amount of $1,479.76 twice monthly;

3) auto insurance of Dalinda Dowden in the amount of $100.00 per month;

4) gasoline of Dalinda Dowden in the amount of $400.00 per month;

5) cell phone of Dalinda Dowden in the amoutn of $100.00 per month;

6) expenses associated with Dalinda Dowden in the amount of $900.00 (FICA, health insurance, etc.);

7) Debtor's electronic access to pacer in the amount of $1,000.00 per month;

8) off-site storage in the amount of $210.00 per month.

**IT IS FURTHER ORDERED** that Debtor shall report to the U. S. Trustee no later than **Monday, March 15, 2010, at 4:00 p.m.** the amount of funds transferred to France.

**IT IS FURTHER ORDERED** that Debtor shall open a DIP account no later than **Wednesday, March 17, 2010.**

**IT IS FURTHER ORDERED** that no later than **close of business on Wednesday, March 17, 2010**, Debtor shall wire the funds transferred over seas to Debtor's DIP account or the trust account of Debtor's counsel.

**IT IS FURTHER ORDERED** that Debtor shall report on a weekly basis to counsel for Hancock the cash received on each note receivable account held by Debtor, the expenses paid, and any releases of collateral.

**IT IS FURTHER ORDERED** that a final hearing on the Motion will be on **April 16, 2010, at 9:00 a.m.** in Room B709, 500 Poydras Street, New Orleans, Louisiana.

New Orleans, Louisiana, March 12, 2010,

Hon. Elizabeth W. Magner  
U. S. Bankruptcy Judge