UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: ADVOCATE FINANCIAL, L.L.C. | * | CASE NO. 10-10615 |
| | * | |
| DEBTOR | * | SECTION A |
| | * | |
| | * | CHAPTER 11 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## UNOPPOSED MOTION TO RESET HEARINGS

NOW INTO COURT, through undersigned counsel, comes Advocate Financial, L.L.C., Debtor-in-Possession in the above-numbered and entitled proceedings, and moves this Court to reset matters currently scheduled for April 13 and April 16, 2010, to April 21, 2010, for the following reasons:

1.

Currently on the Court's docket scheduled for April 13, 2010, is Hancock Bank of Louisiana's Motion to Transfer Venue (Doc. #15) to the Middle District of Louisiana, and the Application by Debtor for Entry of an Order Authorizing the Employment and Retention of Dennis M. LaBorde, Stephen P. Schott and Baldwin Haspel Burke & Mayer, LLC (Doc. #2) as counsel for the Debtor.

2.

Also currently on the Court's docket scheduled for April 16, 2010, is Hancock Bank of Louisiana's Motion to Prohibit Use of Cash Collateral and for Adequate Protection, or Alternatively,

Motion for Relief From Automatic Stay (Doc. #22).

3.

The 341 Meeting of Creditors is scheduled for April 20, 2010, at 10:00 a.m.

4.

Advocate Financial, L.L.C. ("Advocate" or "Debtor") is owned by a single member LLC whose principals reside in Paris, France.

5.

Undersigned counsel has conferred with Stephen P. Strohschein, counsel for Hancock Bank of Louisiana, and Mary Langston, counsel for the U. S. Trustee's Office, regarding rescheduling the aforementioned motions to April 21, 2010, so that the principals only have to travel to the United States one time in order to testify at the aforementioned hearings and attend the 341 Meeting of Creditors.

6.

It is anticipated that the Debtor will file, along with this motion, motions to approve professionals, including the law firms of Liskow & Lewis, A P.L.C., and Kingsmill Riess, L.L.C., and the accountant from France, which also may require testimony from the principals.

7.

It would be more judicially efficient to have all these matters heard on the same day, and it would save the estate much expense in order to bring the principals to testify one time.

**WHEREFORE,** Advocate Financial, L.L.C., respectfully prays that this Court reschedule (a) Hancock Bank of Louisiana's Motion to Transfer Venue (Doc. #15); (b) the Application by

Debtor for Entry of an Order Authorizing the Employment and Retention of Dennis M. LaBorde, Stephen P. Schott and Baldwin Haspel Burke & Mayer, LLC (Doc. #2); (c) Hancock Bank of Louisiana's Motion to Prohibit Use of Cash Collateral and for Adequate Protection, or Alternatively, Motion for Relief From Automatic Stay (Doc. #22); (d) the Application by Debtor for Entry of an Order Authorizing the Employment and Retention of the Law Firms of Liskow & Lewis, A P.L.C., and Kingsmiss Riess, L.L.C.; and (e) the Application by Debtor for Entry of an Order Authorizing the Employment and Retention of Accountant, for April 21, 2010, at an hour that is convenient for this Court and its docket, and for any such other and further relief as may be just and equitable.

>Respectfully Submitted,
>BALDWIN HASPEL BURKE & MAYER, L.L.C.
>
>      s/ Dennis M. LaBorde
>DENNIS M. LABORDE (Bar #17979)
>STEPHEN P. SCHOTT (Bar # 2096)
>2200 Energy Centre
>1100 Poydras Street
>New Orleans, Louisiana 70163-2200
>Telephone: 504-569-2900
>Telecopier: 504-569-2099
>Attorneys for Advocate Financial, L.L.C.

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 19th day of March, 2010, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all CM/ECF participants, and mailed the document, by First-Class United States mail, properly addressed and postage prepaid, to all non-CM/ECF participants.

>      s/ Dennis M. LaBorde