UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:                                                          *                              CASE NO. 10-10767
ADVOCATE FINANCIAL, LLC            *                              Chapter 11
       Debtor                                    *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO APPOINT A TRUSTEE

**NOW INTO COURT**, through undersigned counsel, comes Hancock Bank of Louisiana ("Hancock Bank"), which respectfully requests that this Honorable Court appoint a Trustee pursuant to 11 U.S.C. § 1104(a) to administer Advocate Financial, L.L.C.'s (the "Debtor" or "Advocate") Chapter 11 case. Sufficient "cause" exists under 11 U.S.C. § 1104(a)(1) for this Court to appoint a Chapter 11 Trustee. *Alternatively*, appointing a Trustee under 11 U.S.C. § 1104(a)(2) is in the interests of the creditors as a Trustee will be better able to maximize the recovery of assets of the estate for the benefit of all creditors.

1.

### JURISDICTION

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and venue is proper under 11 U.S.C. § 1408. This contested matter involves the administration of the estate and, therefore, is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This Motion is being brought in accordance with FRBP 9014, as made applicable by FRBP 2007.1.

2.

### RELIEF REQUESTED

As more fully set forth in its Motion to Prohibit Use of Cash Collateral and for Adequate Protection, or alternatively, Motion for Relief from Automatic Stay, and memorandum filed in the support thereof, (collectively the "Cash Collateral Motion," Docket Nos. 25 and 26) (which by this reference is incorporated herein *in toto*), Hancock Bank has spent the last few months

incorporated herein *in toto*), Hancock Bank has spent the last few months pursuing the Debtor in both State and Federal Court (and exercising other remedies available to it under law) in an attempt to enforce the terms of line of credit loan, (the "Loan") and otherwise protect its collateral interests in all of the Debtor's Chattel Paper, Accounts, Notes, Instruments, and General Intangibles that secure the same, (the "Paper Collateral").

3.

As also set forth in the Cash Collateral Motion and as will be more fully proven at the hearing on this Motion, the Debtor has made intentional misrepresentations to Hancock Bank, engaged in fraudulent and dishonest acts for financial gain, and willfully breached its obligations to Hancock Bank under the Loan. Additionally, the Debtor has taken steps to abscond with the proceeds of the Paper Collateral and otherwise interfered with Hancock Bank's collection rights under the Loan Documents and law.

4.

It is important to note at the outset that the Debtor is comprised of a single member, La Chenaie Holding, L.L.C., ("La Chenaie"). La Chenaie is both a guarantor of the Debtor's loan from Hancock Bank and is also a creditor of the Debtor.

5.

Advocate made principal reductions totaling $2,799,590.49 on the indebtedness owed to La Chenaie from February 28, 2009, until the petition date, most of which time frame is within the one year preference period.

6.

In light of the above, sufficient "cause" exists under 11 U.S.C. § 1104(a)(1) for this Court to appoint a Chapter 11 Trustee who can impartially administer the assets of the estate, recover

avoidable transfers, ascertain the current status of collection efforts of the Paper Collateral to make an unbiased determination of which litigation should be continued and ultimately maximize the return to the creditors for the value of the Debtor's assets.

7.

*Alternatively*, appointment of a Trustee under 11 U.S.C. § 1104(a)(2) is in the interests of the creditors in that a trustee can independently, and efficiently pursue the recovery and administration of estate assets.

**WHEREFORE,** Hancock Bank of Louisiana requests that this Court enter an Order pursuant to 11 U.S.C. § 1104(a) appointing a Chapter 11 Trustee to administer Advocate Financial, L.L.C.'s estate, and for all such other and further relief as this Court deems just.

Respectfully submitted,

Stephen P. Strohschein, LA Bar Roll # 12541
E. Stewart Spielman, LA Bar Roll #28766
Lillian Luffey Paxton, LA Bar Roll #31847
**McGlinchey Stafford, PLLC**
One American Place, Fourteenth Floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR HANCOCK BANK OF LOUISIANA