# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA

IN RE: ADVOCATE FINANCIAL, L.L.C.  &ast;  **NUMBER 10-10767**
    **Debtor**       &ast;
              &ast;  **CHAPTER 11**
              &ast;  **REORGANIZATION**
              &ast;

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO TRANSFER CASE PURSUANT TO BANKRUPTCY RULE 1014(a)

NOW INTO COURT, through undersigned counsel, comes Advocate Financial, L.L.C., as debtor and debtor-in-possession herein, which respectfully moves this Court to transfer this case to the United States Bankruptcy Court for the Eastern District of Louisiana, pursuant to Bankruptcy Rule 1014(a), for the reasons set forth in the memorandum in support of this motion filed contemporaneously herewith.

         Respectfully Submitted,

         BALDWIN HASPEL BURKE & MAYER, L.L.C.

         /s/ Stephen P. Schott
         DENNIS M. LABORDE (La. Bar No. 17979)
         LANCE J. ARNOLD (La. Bar No. 18768)
         STEPHEN P. SCHOTT (La. Bar No. 2096)
         JENA W. SMITH (La. Bar No. 25255)
         2200 Energy Centre
         1100 Poydras Street
         New Orleans, Louisiana 70163-2200
         Telephone: 504-569-2900
         Telecopier: 504-569-2099
         Attorneys for Advocate Financial, L.L.C.