# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: ADVOCATE FINANCIAL, L.L.C. | * | NUMBER 10-10767 |
| Debtor | * | |
| | * | CHAPTER 11 |
| | * | REORGANIZATION |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## JOINT MOTION TO CONTINUE

NOW INTO COURT, through their respective undersigned counsel, come Advocate Financial, L.L.C. ("Advocate") and Hancock Bank of Louisiana ("Hancock"), which, on representing to the Court, that presently set for hearing before the Court on July 9, 2010, at 9:00 a.m., are Advocate's Motion for an Order Extending the Time Periods Within Which the Debtor Has the Exclusive Right to File a Plan of Reorganization and a Disclosure Statement and to Obtain Acceptances of a Plan of Reorganization (Rec. Doc. 154), Hancock's Motion to Appoint a Trustee (Rec. Doc. 168), and Advocate's Motion to Transfer Case Pursuant to Bankruptcy Rule 1014 (Rec. Doc. 174), some or all of which motions will involve testimony by witnesses; that presently set for hearing before the Court on July 21, 2010, at 1:30 p.m., is Hancock's Motion to Prohibit Use of Cash Collateral and for Adequate Protection, or Alternatively, Motion for Relief from Automatic Stay (Rec. Doc. 25), which will also require testimony by witnesses, some of whom may be the same witnesses expected to testify at the hearings presently scheduled on July 9, 2010; and that, for the sake of judicial economy and the convenience of the witnesses, all of the aforesaid motions should be set for hearing on the same date, hereby jointly move to continue the hearing on the aforesaid

B0373868.2

motions presently set on July 9, 2010, at 9:00 a.m., and to have said motions reset for hearing on July 21, 2010, at 1:30 p.m.

Advocate and Hancock further jointly move for an extension of time, until July 13, 2010, to file their respective objections or oppositions to the aforesaid Motions that are presently set for hearing on July 9, 2010.

Because the period within which Advocate has the exclusive right to file a plan of reorganization and a disclosure statement and to obtain acceptances of a plan of reorganization is currently set to expire prior to July 21, 2010, Advocate further moves for an interim Order that extends said exclusivity time period until July 21, 2010, and Hancock has no objection to such an interim Order.

Respectfully Submitted,

BALDWIN HASPEL BURKE & MAYER, L.L.C.

 /s/ Stephen P. Schott
DENNIS M. LABORDE (La. Bar No. 17979)
STEPHEN P. SCHOTT (La. Bar No. 2096)
2200 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2200
Telephone: 504-569-2900
Telecopier: 504-569-2099
Attorneys for Advocate Financial, L.L.C.
        and
 /s/ Stephen P. Strohschein
STEPHEN P. STROHSCHEIN (La. Bar No. 12541)
E. STEWART SPIELMAN (La. Bar No. 28766)
LILLIAN LUFFEY PAXTON (La. Bar No. 31847)
McGlinchey Stafford, PLLC
One American Place, Fourteenth Floor
Baton Rouge, Louisiana 70825
Telephone: 225-383-9000
Telecopier: 225-343-3076
Attorneys for Hancock Bank of Louisiana