# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF LOUISIANA

**IN RE: ADVOCATE FINANCIAL, L.L.C.**　　　　　　**CASE NO. 10-10767**

**DEBTOR**　　　　　　　　　　　　　　　　　　　　**CHAPTER 11**

## ORDER

CONSIDERING Joint Motion to Continue filed by the debtor, Advocate Financial, LLC, and Hancock Bank of Louisiana ("Hancock") and the record of the case,

IT IS ORDERED that the hearings on the debtor's Motion for an Order Extending the Time Periods Within Which the Debtor Has the Exclusive Right to File a Plan of Reorganization and a Disclosure Statement and to Obtain Acceptances of a Plan of Reorganization ( Doc. 154),Hancock's Motion to Appoint a Trustee (Doc. 168), and the debtor's Motion to Transfer Case Pursuant to Bankruptcy Rule 1014 (Doc. 174), all of which are currently set on July 9, 2010, at 9:00 a.m., are continued to July 21, 2010 at 1:30 p.m.

IT IS FURTHER ORDERED that all objections and oppositions to the above motions shall be filed by July 13, 2010.

IT IS FURTHER ORDERED that the period within which the debtor has the exclusive right to file a plan of reorganization and a disclosure statement and to obtain acceptances of a plan of reorganization is extended through the conclusion of the July 21, 2010 hearing.

IT IS FURTHER ORDERED that counsel for the debtor shall serve a copy of this Order to all parties entitled to notice by July 2, 2010 at 5:00 p.m.

Baton Rouge, Louisiana, July 1, 2010.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE