IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | NUMBER |
| ADVOCATE FINANCIAL, L.L.C. | * | 10-10767 |
| | * | |
| DEBTOR(S) | * | |
| | * | CHAPTER 11 |
| | * | REORGANIZATION |

## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

    I, Patricia W. Peterson, do hereby make solemn oath that I caused the Joint Motion to Continue (Rec. Doc. 185) to be served upon all parties listed on the attached Exhibit "A" via U.S. Mail, First Class, postage properly affixed on July 1, 2010

    Thus done and signed on <u>1st</u> day of July, 2010.

*[signature: Patricia W. Peterson]*

PATRICIA W. PETERSON

SWORN TO AND SUBSCRIBED
before me this 1st day of July, 2010.

*[signature: Lilia M. Beau]*

NOTARY PUBLIC

OFFICIAL SEAL
LILIA M. BEAU, NOTARY PUBLIC
ORLEANS PARISH NOTARY NO. 5609
ST. [ ] PARISH NOTARY NO. 11480
COMMISSION ISSUED FOR LIFE

B0374035.1

Easy Peel® Labels
Use Avery® Template 5160® ▲ Feed Paper ━━ Bend along line to expose Pop-Up Edge™  AVERY® 5160®

Label Matrix for local noticing
053N-3
Case 10-10767
Middle District of Louisiana
Baton Rouge
Thu Jul  1 14:23:46 CDT 2010

Advocate Financial, L.L.C.
1319 St Charles Avenue
New Orleans, LA 70130-4335

Baldwin Haspel Burke & Mayer, LLC
2200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-1101

Hancock Bank of Louisiana
c/o Stephen P. Strohschein
McGlinchey Stafford, PLLC
One American Place, 14th Fl.
Baton Rouge, LA 70825

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Best Koeppel, APLC
2030 St. Charles Avenue
New Orleans, LA 70130-5319

Byard Edwards Law Offices, LLC
906 CM Fagan Dr., Ste 4-A
Hammond, LA 70403-6056

Carrigan Law Firm, LLC
3 Riverway, Suite 1140
Houston, TX 77056-1982

Dena L. Olivier
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099

District Counsel
Internal Revenue Service
P.O. Box 30509
New Orleans LA 70190-0509

Douglas Schmidt, APCL
335 City Park Avenue
New Orleans, LA 70119-4321

Ed Sherman
1010 common Street, Suite 1750
New Orleans, LA 70112-2456

Fran Tomeny
6709 Perkins Road
Baton Rouge, LA 70808-4263

Frank D'Amico, Jr.
622 Baronne St.
New Orleans, LA 70113-1004

Frank D'Amico, Sr.
240 Fremaux Street
slidell, LA 70458-3232

Frank Tomeny
6709 Perkins Road
Baton Rouge, LA 70808-4263

Gerald Weeks
5612 Jackson Street
Alexandria, LA 71303-2325

Goforth & Liley
109 Stewart St.
Lafayette, LA 70501-8053

Henry T. Dart
510 N. Jefferson St.
Covington, LA 70433-2640

Houck & Riggle
301 S. Bonner Street
Ruston, LA 71270-4409

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

James Desonier
450 N. Causeway Blvd., Suite C
Mandeville, LA 70448-4651

John Paul Charbonnet
300 Stewart Street
Lafayette, LA 70501-8136

Jones, Walker, Waechter, Poitevent,
  Carrere & Denegre, LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA 70170-5101

Joseph Lahatte
3421 N. Causeway Blvd.
Suite 900
Metairie, LA 70002-3729

Kavanagh & Renderio
810 Union Street, 2nd Floor
New Orleans, LA 70112-1416

Kent Mercier
3639 Ambassador Caffery Pkwy
Suite 144
Lafayette, LA 70503-5139

Kevin Hanchey
241 Maximillain Street
Baton Rouge, LA 70802-5934

LA Department of Revenue
P.O. Box 66658
Baton Rouge LA 70896-6658

Law Offices of Vince DeSalvo
7918 Wrenwood Drive, Suite A
Baton Rouge, LA 70809-1783


EXHIBIT "A"

Easy Peel® Labels
Use Avery® Template 5160®

▲
Feed Paper ▬▬
Bend along line to
expose Pop-Up Edge™

AVERY® 5160®

Leonard Cardenas, III APCL
6525 Perkins Road
Baton Rouge, LA 70808-4259

Lester J. Waldmann
301 Huey P. Long Ave
Gretna, LA 70053-5916

Locke Meridith & Associates
1300 Millerville Road
Baton Rouge, LA 70816-1231

Louisiana Association for Justice
Attn: Louise Gonsoulin
P.O. Box 4289
Baton Rouge, LA 70821-4289

Marguerite K. Kingsmill
201 St. Charles Avenue, Suite 3300
New Orleans, LA 70170-3400

Mark W. Smith, APLC
14367 Chef Menteur, Suite C
New Orleans, LA 70129-2039

Ms. Dena L. Olivier
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099

Norman Jolly, PC
405 Main Street, #1000
Houston, TX 77002-1822

Office of the U.S. Attorney
Middle District of Louisiana
777 Florida Street, Suite 208
Baton Rouge LA 70801-1717

Office of the U.S. Trustee
Region V
Texaco Center, Suite 2110
400 Poydras Street
New Orleans LA 70130-3245

Paul Galuszka, APLC
4556 N. Causeway Blvd. Suite C
Mandeville, LA 70448

Pierce & Shows, LLC
601 St. Joseph Street
Baton Rouge, LA 70802-6053

R. Chris Oetjens
704 S. Foster Drive
Baton Rouge, AL 70806-5905

Ronald Menville
P.O. Box 13105
New Iberia, LA 70562-3105

Securities & Exchange Commission
175 W. Jackson Blvd.
Suite 900
Chicago IL 60604-2908

Stephen P. Schott
Baldwin Haspel Burke & Mayer, LLC
1100 Poydras Street, Suite 2200
New Orleans, LA 70163-1123

U.S. Trustee
400 Poydras Street
Suite 2110
New Orleans, LA 70130-3238

Wiedemann & Wiedemann, APLC
820 Baronne
New Orleans, LA 70113-1103

William Bradley
1250 SW Railroad Avenue, #170
Hammond, LA 70403-5011

Wimberly Law Firm
120 Lisa Lane
Mandeville, LA 70448-3479

Dennis M. LaBorde
1100 Poydras Street
Suite 2200
New Orleans, LA 70163-1123

Lance J. Arnold
2200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-1101

Marguerite K. Kingsmill
201 St, Charles Ave
New Orleans, LA 70170-1000

Stephen P. Schott
1100 Poydras Street
Suite 2200
New Orleans, LA 70163-1123

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia PA 19114

End of Label Matrix
Mailable recipients    53
Bypassed recipients     0
Total                  53

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®

▲
Sens de
chargement

Repliez à la hachure afin de
révéler le rebord Pop-Up™

www.avery.com
1-800-GO-AVERY