B4 (Official Form4)(12/07)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF LOUISIANA

In re  Advocate Financial, L.L.C.  
                      Debtor

Case No.  10-10767

Chapter  11

# AMENDED
# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Pitney Bowes, Inc.<br>P. O. Box 856390<br>Louisville, KY 40285 | | | | 35.16 |
| Shredmasters<br>9202 S. Northshore Dr., Suite 201<br>Knoxville, TN 37922 | | Services Rendered | | 45.00 |
| Office Depot<br>c/o Encore Receivable Management, Inc.<br>P. O. Box 3330<br>Olathe, KS 66063 | | Revolving Credit | | 49.05 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Kentwood/DS Waters of America, Inc. Collection Bureau of America P. O. Box 5013 Hayward, GA 94540 | | | | 65.86 |
| Pitney Bowes, Inc. c/o Purchase Power P. O. Box 856042 Louisville, KY 40285 | | Postage Fees | | 75.27 |
| Beta-Tech Systems, Inc. P. O. Box 683 Baker, LA 70704 | | Telephone Services | | 83.60 |
| Shell Card Center c/o Processing Center P. O. Box 689010 Des Moines, IA 50368 | | Revolving Credit | | 265.43 |
| Paychex 401 Whitney Avenue, Suite 200 Gretna, LA 70056 | | Services | | 418.70 |
| LA Association For Justice 443 Europe St. Baton Rouge, LA 70802 | | Advertising Costs | | 450.00 |
| CIT Technology Fin. Serv. Inc. ATTN: Customer Service P. O. Box 550599 Jacksonville, FL 32255 | | Copier Rental | | 512.47 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Federal Express<br>3965 Airways Blvd.<br>Module G. 3rd Floor<br>Memphis, TN 38116 | ATTN: Revenue Recovery/Bankruptcy<br>3965 Airways Blvd.<br>Module G. 3rd Floor<br>Memphis, TN 38116 | Courier Services | | 608.69 |
| Planche, Politz, Ledet, LLC<br>9456 Jefferson Hwy<br>Baton Rouge, LA 70809 | | Accounting Services | | 754.00 |
| Baton Rouge Bar Association<br>P. O. Box 2241<br>Baton Rouge, LA 70821 | | Advertising Costs | | 880.20 |
| Pitney Bowes, Inc.<br>27 Waterview Drive<br>Shelton, CT 06484 | | Equipment Lease | | 1,033.34 |
| AT&T<br>P. O. Box 5019<br>Carol Stream, IL 60197 | | Telephone Services | | 1,803.73 |
| AT&T<br>P. O. Box 105262<br>Atlanta, GA 30348 | | Telephone Services | | 2,207.18 |
| JTS Consolidated/Corporate Atrium<br>10101 Park Rowe Ave., Suite 100<br>Baton Rouge, LA 70810 | | Office Rental | | 7,052.16 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Citibank BSI SA 8 blvd di theatre Geneva, 1204 | Raphael Berclaz 8 blvd di theatre Geneva, 1204 | Bank loan | | 520,000.00 |
| La Chenaie Holdings, L.L.C. 1319 St. Charles Avenue New Orleans, LA 70130 | 1319 St. Charles Avenue New Orleans, LA 70130 | Loan | | 3,907,139.00 |
| Hancock Bank of Louisiana 2600 Citiplace Dr. Baton Rouge, LA 70808 | 2600 Citiplace Dr. Baton Rouge, LA 70808 | Bank loan | | 6,341,820.00 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date JUNE 29, 2010

Signature [signature]
MARTINE ROSSILLON,
Manager

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA
(Local Form 1)

IN RE

CASE NO.

MAILING LIST
Verification

Penalties for making a false statement or for concealing property are a fine of up to $5000.00 or imprisonment for up to five (5) years, or both. (18 U.S.C. § 152 and 3571).

DECLARATION

We declare under penalty of perjury that the foregoing mailing list, comprising ____ pages, is true and correct. Signed on __JUNE 29__, 20_10_.

Signed: _____
(DEBTOR)

Signed: _____
(JOINT DEBTOR)

Signed: _____
(ATTORNEY FOR THE DEBTOR)