# United States Bankruptcy Court
Middle District of Lousiana

In re ___Advocate Financial, L.L.C.___

Debtor

Case No. ___10-10767___

Chapter ___11___

AMENDED
# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

## AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0.00 | | |
| B – Personal Property | YES | 3 | $20,142,126.63 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $10,876,763.89 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| **TOTAL** | | 15 | $20,142,126.63 | $10,876,763.89 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.3-747 - 33111

# United States Bankruptcy Court
## Middle District of Lousiana

In re     Advocate Financial, L.L.C.                     Case No.     10-10767
                    Debtor

                                                         Chapter        11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

In re  Advocate Financial, L.L.C.                                                    Case No.  10-10767
                   **Debtor**              AMENDED                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Neuflize OBC Checking Account | | 2.25 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-747 - 33111

In re   Advocate Financial, L.L.C.                          Case No.   10-10767

                  **Debtor**                                            (If known)

AMENDED

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | | Waldmann International Partnership | | 862,634.18 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Loans Receivables | | 19,273,790.20 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Infiniti G35 | | 5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Laptop Computer<br>Laptop Computer<br>Desktop Computer<br>Desk | | 200.00<br>200.00<br>300.00<br>0.00 |

In re   Advocate Financial, L.L.C.                                    Case No.  10-10767
                    **Debtor**                        AMENDED                   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Cabinets | | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____ continuation sheets attached       Total   | $  20,142,126.63

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6F (Official Form 6F) (12/07)

In re   Advocate Financial, L.L.C.                    ,        Case No.   10-10767
_____                  _____
                    **Debtor**              AMENDED                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **********3408<br>AT&T<br>P. O. Box 105262<br>Atlanta, GA 30348 | | | Consideration: Telephone Services | | | | 2,207.18 |
| ACCOUNT NO. *********4095<br>AT&T<br>P. O. Box 5019<br>Carol Stream, IL 60197 | | | Consideration: Telephone Services | | | | 1,803.73 |
| ACCOUNT NO. 17673<br>Baton Rouge Bar Association<br>P. O. Box 2241<br>Baton Rouge, LA 70821 | | | Consideration: Advertising | | | | 880.20 |
| ACCOUNT NO.<br>Beta-Tech Systems, Inc.<br>P. O. Box 683<br>Baker, LA 70704 | | | Consideration: Telephone Services | | | | 83.60 |

_4_ continuation sheets attached

Subtotal ➤ | $ | 4,974.71

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-747 - 31111

In re  Advocate Financial, L.L.C. _____,        Case No.  10-10767 _____
            **Debtor**                                                              **(If known)**

AMENDED
# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CIT Technology Fin. Serv. Inc. <br> ATTN: Customer Service <br> P. O. Box 550599 <br> Jacksonville, FL 32255 | | | Consideration: Copier Rental | | | | 496.46 |
| ACCOUNT NO. <br><br> Citibank <br> BSI SA <br> 8 blvd di theatre <br> Geneva, 1204 | | | Includes interest for Jan. & Feb., 2010 | | | | 520,928.00 |
| ACCOUNT NO. <br><br> Federal Express <br> 3965 Airways Blvd. <br> Module G. 3rd Floor <br> Memphis, TN 38116 | | | Consideration: Courier services | | | | 608.69 |
| ACCOUNT NO. <br><br> Hancock Bank of Louisiana <br> 2600 Citiplace Dr. <br> Baton Rouge, LA 70808 | | | | | | | 6,372,800.00 |
| ACCOUNT NO.  ADV001 <br><br> JTS Consolidated/Corporate Atrium <br> 10101 Park Rowe Ave., Suite 100 <br> Baton Rouge, LA 70810 | | | Consideration: Office Rent | | | | 7,052.16 |

Sheet no. 1 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $  6,901,885.31

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-747 - 33111

In re  Advocate Financial, L.L.C.      ,    Case No. 10-10767

          Debtor                             (If known)

AMENDED

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 13861448 <br><br> Kentwood/DS Waters of America, Inc. <br> Collection Bureau of America <br> P. O. Box 5013 <br> Hayward, GA 94540 | | | Consideration: NSF Charges | | | | 44.38 |
| ACCOUNT NO. 147580 <br><br> LA Association For Justice <br> 443 Europe St. <br> Baton Rouge, LA 70802 | | | Consideration: Advertising | | | | 450.00 |
| ACCOUNT NO. <br><br> La Chenaie Holdings, L.L.C. <br> 1319 St. Charles Avenue <br> New Orleans, LA 70130 | | | | | | | 3,907,139.00 |
| ACCOUNT NO. <br><br> Maison Saint Charles <br> 1319 St. Charles Ave. <br> New Orleans, LA 70130 | | | Consideration: Office Rent (Invoice 3/1/10) | | | | 150.00 |
| ACCOUNT NO. 6011564202019864 <br><br> Office Depot <br> c/o Encore Receivable Management, Inc. <br> P. O. Box 3330 <br> Olathe, KS 66063 | | | | | | | 49.05 |

Sheet no. 2 of 4 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 3,907,832.43

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-747 - 33111

B6F (Official Form 6F) (12/07) - Cont.

In re  Advocate Financial, L.L.C. _____,  Case No.  10-10767
            **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00600060-H442<br><br>Paychex<br>401 Whitney Avenue, Suite 200<br>Gretna, LA 70056 | | | Consideration: Services | | | | 407.39 |
| ACCOUNT NO.<br><br>Pitney Bowes, Inc.<br>27 Waterview Drive<br>Shelton, CT 06484 | | | Consideration: Equipment Lease | | | | 1,033.34 |
| ACCOUNT NO. 8000900003863291<br><br>Pitney Bowes, Inc.<br>c/o Purchase Power<br>P. O. Box 856042<br>Louisville, KY 40285 | | | Consideration: Postage Fees | | | | 75.27 |
| ACCOUNT NO. 18331544868<br><br>Pitney Bowes, Inc.<br>P. O. Box 856390<br>Louisville, KY 40285 | | | Consideration: Postage Scale Rental | | | | 35.16 |
| ACCOUNT NO.<br><br>Planche, Politz, Ledet, LLC<br>9456 Jefferson Hwy<br>Baton Rouge, LA 70809 | | | Consideration: Accountant Services | | | | 754.00 |

Sheet no. _3_ of _4_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 2,305.16
Total➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.3-747 - 33111

In re  Advocate Financial, L.L.C. _____,     Case No.  10-10767 _____
                    Debtor                                              (If known)

AMENDED

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7901485636  Shell Card Center c/o Processing Center P. O. Box 689010 Des Moines, IA  50368 | | | Consideration: Automobile repairs/service | | | | 265.43 |
| ACCOUNT NO.  Shredmasters 9202 S. Northshore Dr., Suite 201 Knoxville, TN 37922 | | | Consideration: Services rendered | | | | 45.00 |
| ACCOUNT NO.  SOFRA 35 rue Pauline Borghese 92200 Neuilly Sue Seine, France | | | Consideration: Bad Loans Recovery | | | | 59,455.85 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __4__ of __4__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 59,766.28

Total ▶ | $ | 10,876,763.89

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.3-747 - 33111

In re   Advocate Financial, L.L.C.                                    Case No.     10-10767
           **Debtor**                                                                              **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| La Chenaie Holdings, L.L.C.<br>1319 St. Charles Avenue<br>New Orleans, LA 70130 | Hancock Bank of Louisiana<br>2600 Citiplace Dr.<br>Baton Rouge, LA 70808 |

# UNITED STATES BANKRUPTCY COURT
## Middle District of Lousiana

In Re  Advocate Financial, L.L.C.

Case No. 10-10767
(if known)

## AMENDED
# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-747 - 33111

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | | SOURCE |
|---|---|---|---|
| 2010 | $300,460 | Business Operations | FY: 01/01/2010 to 2/28/2010 |
| 2009 | $2,617,808 | Business Operations | FY: 01/01/2009 to 12/31/2009 |
| 2008 | $3,005,463 | Business Operations | FY: 01/01/2008 to 12/31/2008 |

**2. Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

**3. Payments to creditors**

None ☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*)☐any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative☐repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| Hancock Bank of Louisiana 2600 Citiplace Dr. Baton Rouge, LA 70808 | 12/7/09 & 2/3/10 | $108,007.76 | $6,372,800.00 |
| Citibank BSI SA 8 blvd di theatre Geneva, 1204 | Quaterly | $1,129.00 per qtr | $520,928.00 |
| Liskow & Lewis 701 Poydras St., Suite 5000 New Orleans, LA 70139 | 12/31/09 & 2/26/10 | $36,277.51 | $25,476.89 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.3-747 - 33111

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Kingsmill & Riess<br>201 St. Charles Ave., Ste. 3300<br>New Orleans, LA 70170 | 12/31/09 - 2/26/10 | $26,605.73 | $6,185.01 |
| Delinda Dowden | 12/15/09 - 2/26/10 | $20,218.81 | $0.00 |
| Jones Walker<br>201 St. Charles Avenue<br>New Orleans, LA 70170-5100 | 12/31/09 & 2/6/10 | $185,084.88 | $20,580.08 |
| Essential Solutions<br>343 3rd St, #400<br>Baton Rouge, LA 70801 | 12/10/09 - 2/26/10 | $9,994.26 | $0.00 |
| LA Chenaie Holdings, L.L.C.<br>1319 St. Charles Avenue<br>New Orleans, LA 70130 | Various | $1,241,801.68 | $3,907,139.00 |

None

☐    c. *All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| La Chenaie Holdings, L.L.C.<br>1319 St. Charles Avenue<br>New Orleans, LA 70130 | Various | $3,188,989.75 | $3,907,139.00 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐    a.      List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Hancock Bank vs. Advocate Financial, LLC<br>Case No. 10-132 | Suit on Note | USDC, Middle District of Louisiana<br>Baton Rouge, LA | Pending |
| Abraham, Claudine, individually and on Behalf of Her Minor Daughter, Aisha Oduntan , et al vs. Kent Mercier<br>Case No. 08-6608 | Collection Lawsuit with Recognition of Security Interests | 15th JDC, Parish of Lafayette, Louisiana | |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Advocate Financial vs. Bradley Williams Case No. 07-1441 | Collection Lawsuit with Recognition of Security Interests | 21st JDC of Louisiana | Pending |
| Advocate Financial vs. Jason Broussard Case No. 111,164 | Collection Lawsuit with Recognition of Security Interests | 16th JDC of Louisiana | Pending |
| Advocate Financial, LLC vs. Leonard Cardenas, III, et al Case No. 09-1023 | Collection Lawsuit with Recognition of Security Interests | USDC, Middle District of Louisiana | Pending |
| Advocate Financial, LLC vs. Lawrence J. Caro Case No. 09-1931 | Collection Lawsuit with Recognition of Security Interests | 15th JDC, Parish of Lafayette, Louisiaan | Pending |
| Advocate Financial, LLC vs. John Paul Charbonnet Case No. 09-845 | Collection Lawsuit with Recognition of Security Interests | USDC, Middle District of Louisiana | Stayed |
| Advocate Financial, LLC vs. Henry Dart Case No. 2007-11565 | Collection Lawsuit with Recognition of Security Interests | 22nd JDC, Parish of St. Tammany, Louisiana | Pending |
| Advocate Financial, LLC vs. James DeSonier Case No. 2007-12114 | Collection Lawsuit with Recognition of Security Interests | 22nd JDC, Parish of St. Tammany, Louisiana | Judgment in favor of Advocate Financial, LLC rendered |
| Errol Numa vs. Custom Bus Charter Case No. 97-18855 | Collection Lawsuit with Recognition of Security Interests | Civil District Court, Parish of Orleans, Louisiana | Pending |
| Advocate Financial, LLC vs. Tim L. Fields Case No. 2007-4383 | Collection Lawsuit with Recognition of Security Interests | Civil District Court, Parish of Orleans, Louisiana | Pending |
| Advocate Financial, LLC vs. Brandy S. Girouard, et al Case No. 09-4561 | Collection Lawsuit with Recognition of Security Interests | 15th JDC, Parish of Lafayette, Louisiana | Pending |
| Advocate Financial, LLC vs. Kevin L. Hanchey, et al Case No. 585075 | Collection Lawsuit with Recognition of Security Interests | 19th JDC, Parish of East Baton Rouge, Louisiana | Pending |
| Advocate Financial, LLC vs. Randy O. Haynes, et al | Collection Lawsuit with Recognition of Security Interests | Civil District Court, Parish of Orleans, Louisiana | Currently on Appeal |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Carl Jones, Sr. Versus Centerpoint Energy Entex, et al Case No. 04-2357 | Collection Lawsuit with Recognition of Security Interests | 27th JDC, Parish of St. Landy, Louisiana | Pending |
| Advocate Financial, LLC vs. Joseph F. LaHatte Case No. 509,980 | Collection Lawsuit with Recognition of Security Interests | 19th JDC, Parish of East Baton Rouge, LA | Pending |
| Advocate Financial, LLC vs. Thomas E. Mayer, et al Case No. 10-24 | Collection Lawsuit with Recognition of Security Interests | USDC, Middle District of Louisiana | Pending |
| In Re: Kent Mercier Case No. 09-51515 | Bankruptcy Matter | USBC, Western District of Louisiana | Pending |
| Advocate Financial, LLC vs. Kent Mercier, et al Case No. 08-696 | Collection Lawsuit with Recognition of Security Interests | USDC, Middle District of Louisiana | Matter stayed pending Bankruptcy |
| In Re: Christopher Robert Oetjens Case No. 09-10684 | Bankruptcy | USBD, Middle District of Louisiana | Pending |
| Advocate Financial, LLC vs Chris R. Oetjens, et al Case No. 554379 | Collection Lawsuit with Recognition of Security Interests | 19th JDC, Parish of East Baton Rouge, Louisiana | Stayed pending Bankruptcy |
| Advocate Financial, LLC vs. Michael O'Keefe, Jr. Case No. 2007-2220 | Collection Lawsuit with Recognition of Security Interests | Civil District Court, Parish of Orleans, Louisiana | Currently on Appeal |
| Advocate Financial, LLC vs. BIlly Rachal, Jr. Case No. 586739 | Collection Lawsuit with Recognition of Security Interests | 19th JDC, Parish of East Baton Rouge, Louisiana | Pending |
| Advocate Financial, LLC vs. Greg Rome Case No. 554,553 | Collection Lawsuit with Recognition of Security Interests | 19th JDC, Parish of East Baton Rouge, Louisiana | Pending |
| Advocate Financial, LLC vs. Douglas Schmidt, et al Case No. 09-2872 | Collection Lawsuit with Recognition of Security Interests | USDC, Eastern District of Louisiana | Pending |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Advocate Financial, LLC vs. B. Gerald Weeks, et al Case No. 09-4615 | Collection Lawsuit with Recognition of Security Interests | USDC, Eastern District of Louisiana | Pending |
| Succession of Lawrence Smith Case No. 575-538 | Succession (Claim against Estate for Collection with Recognition of Security Interests | 24th JDC, Parish of Jefferson, Louisiana | Pending |
| Advocate Financial, LLC vs. Dr. Bruce Wheeler, et al Case No. 07-3439 | Collection Lawsuit with Recognition of Security Interests | 4th JDC, Parish of Ouachita, Louisiana | Pending |
| In Re: Lawrence Dupuy Wiedemann Case No. 09-10163 | Bankruptcy | USBC, Eastern District of Louisiana | Pending |
| Byard Edwards, Jr., et al vs. Advocate Financial, LLC et al No. C5544300 | | 19th JDC, Parish of East Baton Rouge, Louisiana | |
| Advocate Financial, LLC vs. Washed up on the Beach, LLC, et al No. 2010-0000131 | | 21st JDC, Parish of Tangipahoa, Louisiana | |
| Advocate Financial, LLC vs. Lester J. Waldmann, et al No. 643-975 | | 24th JDC, Parish of Jefferson, Louisiana | Stay pending bankruptcy |

None ☐    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Hancock Bank of Louisiana 2600 Citiplace Dr. Baton Rouge, LA 70808 | February, 2010 | $55,200 |

**5. Repossessions, foreclosures and returns**

None ☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION. FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and Receiverships**

None ☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.7-747 - 33111

**8. Losses**

None
☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Baldwin Haspel Burke & Mayer, LLC 1100 Poydras Street 2200 Energy Centre New Orleans, LA 70163-2200 | March 1, 2010 | $50,000.00 |

**10. Other transfers**

None
☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**b.** List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None

☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None

☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Regions Bank Baton Rouge, LA | 3 Accounts<br><br>Closing Balance: $215,000.00 | Account Closed February, 2010 |

### 12. Safe deposit boxes

None

☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| Regions Bank Baton Rouge, LA | Delphine Coste | Duplicate original loan notes | |

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 5555 Hilton Avenue Suite 410 Baton Rouge, LA 70808 | Advocate Financial, L.L.C. | 08/19/1993 - 03/2010 |

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

> "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

> "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

a.     List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.     List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.     If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-747 - 33111

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Advocate Financial, L.L.C. | XX-XXX6887 | 1319 St. Charles Avenue New Orleans, LA 70130 | Financial Services | 08/19/1993 - Present |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None
☐

a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Irena Revert 16 Albert Glandaz Les Mureaux 78130 France | Current |
| Cariano Ray 10926 Greencrest Drive Baton Rouge, LA 70821 | October, 2007 - October, 2008 |
| Anita Schexnayder P. O. Box 4513 Baton Rouge, LA 70821 | October, 2008 - January, 2010 |

None  b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy
☐     case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|--------------------------|
| Malcolm M. Dienes, L.L.C. | 701 Metairie Rd. Suite 2A301 Metairie, LA 70005 | Current |

None  c.    List all firms or individuals who at the time of the commencement of this case were in possession of the
☐     books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Irena Revert | 16 Albert Glandaz Les Mureaux 78130 France |

None  d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom
☐     a financial statement was issued within the two years immediately preceding the commencement of this case by
      the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| Hancock Bank of Louisiana 2600 Citiplace Dr. Baton Rouge, LA 70808 | Monthly |

**20. Inventories**

None  a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒     taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None ☒    b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21. Current Partners, Officers, Directors and Shareholders**

None ☒    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| La Chenaie Holdings, L.L.C.<br>1319 St. Charles Avenue<br>New Orleans, LA 70130 | Sole Member of Advocate Financial, L.L.C. | 100% |

**22. Former partners, officers, directors and shareholders**

None ☒    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒

If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group**

None ☐

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| La Chanaie Holdings, L.L.C. | XX-XXX1166 |

**25. Pension Funds**

None ☒

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

\* \* \* \* \* \*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ___07/19/10___          Signature _____*Jhhk*_____

DELPHINE COSTE,
Manager

_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**0** continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____               _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer           Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____               _____
Signature of Bankruptcy Petition Preparer                                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

# UNITED STATES BANKRUPTCY COURT
## Middle District of Lousiana

In re   <u>Advocate Financial, L.L.C.</u>       ,
<br>                        Debtor

Case No.   <u>10-10767</u>

Chapter   <u>11</u>

AMENDED

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Shredmasters<br>9202 S. Northshore Dr., Suite 201<br>Knoxville, TN 37922 | | Services Rendered | | 45.00 |
| Office Depot<br>c/o Encore Receivable Management, Inc.<br>P. O. Box 3330<br>Olathe, KS 66063 | | Revolving Credit | | 49.05 |
| Pitney Bowes, Inc.<br>c/o Purchase Power<br>P. O. Box 856042<br>Louisville, KY 40285 | | Postage Fees | | 75.27 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Beta-Tech Systems, Inc. P. O. Box 683 Baker, LA 70704 | | Telephone Services | | 83.60 |
| Maison Saint Charles 1319 St. Charles Ave. New Orleans, LA 70130 | Rent -March, 2010 | | | 150.00 |
| Shell Card Center c/o Processing Center P. O. Box 689010 Des Moines, IA 50368 | | Revolving Credit | | 265.43 |
| Paychex 401 Whitney Avenue, Suite 200 Gretna, LA 70056 | | Services | | 407.39 |
| LA Association For Justice 443 Europe St. Baton Rouge, LA 70802 | | Advertising Costs | | 450.00 |
| CIT Technology Fin. Serv. Inc. ATTN: Customer Service P. O. Box 550599 Jacksonville, FL 32255 | | Copier Rental | | 496.46 |
| Federal Express 3965 Airways Blvd. Module G. 3rd Floor Memphis, TN 38116 | ATTN: Revenue Recovery/Bankruptcy 3965 Airways Blvd. Module G. 3rd Floor Memphis, TN 38116 | Courier Services | | 608.69 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-747 - 33111

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
| --- | --- | --- | --- | --- |
| Planche, Politz, Ledet, LLC 9456 Jefferson Hwy Baton Rouge, LA 70809 | | Accounting Services | | 754.00 |
| Baton Rouge Bar Association P. O. Box 2241 Baton Rouge, LA 70821 | | Advertising Costs | | 880.20 |
| Pitney Bowes, Inc. 27 Waterview Drive Shelton, CT 06484 | | Equipment Lease | | 1,033.34 |
| AT&T P. O. Box 5019 Carol Stream, IL 60197 | | Telephone Services | | 1,803.73 |
| AT&T P. O. Box 105262 Atlanta, GA 30348 | | Telephone Services | | 2,207.18 |
| JTS Consolidated/Corporate Atrium 10101 Park Rowe Ave., Suite 100 Baton Rouge, LA 70810 | | Office Rental | | 7,052.16 |
| SOFRA 35 rue Pauline Borghese 92200 Neuilly Sue Seine, France | | Bad Loans Recovery | | 59,455.85 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-747 - 33111

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Citibank BSI SA 8 blvd di theatre Geneva, 1204 | Raphael Berclaz 8 blvd di theatre Geneva, 1204 | Bank loan (including interest for Jan. & Feb. 2010 | | 520,928.00 |
| La Chenaie Holdings, L.L.C. 1319 St. Charles Avenue New Orleans, LA 70130 | 1319 St. Charles Avenue New Orleans, LA 70130 | Loan | | 3,907,139.00 |
| Hancock Bank of Louisiana 2600 Citiplace Dr. Baton Rouge, LA 70808 | 2600 Citiplace Dr. Baton Rouge, LA 70808 | Bank loan | | 6,372,800.00 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date _____07/19/10_____

Signature _____

DELPHINE COSTE,
Manager

B6 (Official Form 6 - Declaration) (12/07)

Advocate Financial, L.L.C.

In re _____    Case No. __10-10767__
                    **Debtor**                                         **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                                              **Debtor:**

Date _____          Signature: _____
                                                                          (Joint Debtor, if any)

                                                              [If joint case, both spouses must sign.]

--------------------------------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

     I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                    Social Security No.
of Bankruptcy Petition Preparer                             *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
   Signature of Bankruptcy Petition Preparer                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the __Manager_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __Advocate Financial, L.L.C._____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __17__ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date ___07/19/10_____          Signature: _____
                                                                     DELPHINE COSTE
                                                        [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
--------------------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-747  -  33111

Hancock Bank of Louisiana
c/o Stephen P. Strohschein
E. Stewart Spielman
One American Place, 14th Floor
Baton Rouge, LA 70825

Internal Revenue Service
P. O. Box 21126
Philadelphia, PA 19114

Secretary of State
State of Louisiana
ATTN: Helen Combo
P. O. Box 94125
Baton Rouge, LA 70804-9125

Citibank South Dakota NA
DBA
4740 121st Street
Urbandale, IA 50323-2402

Fedex Customer Information Svcs
ATTN: Revenue Recovery/Bankruptcy
3965 Airways Blvd.
Module G, 3rd Floor
Memphis, TN 38116-5017

Office of the U.S. Trustee
Eastern District of Louisiana
Texaco Center
400 Poydras St., Ste. 2110
New Orleans, LA 70130-3238

Pitney Bowes
27 Waterview Drive
Shelton, CT 06484-4361

American Express Bank, FSB
c/o Becket & Lee, LLP
P. O. Box 3001
Malvern, PA 19355-0701

AT&T
P. O. Box 105262
Atlanta, GA 30348

AT&T
P. O. Box 5019
Carol Stream, IL 60197

Baton Rouge Bar Association
P. O. Box 2241
Baton Rouge, LA 70821

Beta-Tech Systems, Inc.
P. O. Box 683
Baker, LA 70704

CIT Technology Fin. Serv., Inc.
ATTN: Customer Service
P. O. Box 550599
Jacksonville, FL 32255

JTS Consolidated/Corporate Atrium
10101 Park Rowe Ave., Suite 100
Baton Rouge, LA 70810

Kentwood/DS Waters of America, Inc.
Collections Bureau of America
P. O. Box 5013
Baton Rouge, LA 70802

Office Depot
c/o Encore Receivable Management
P. O. Box 3330
Olathe, KS 66063

Paychex
401 Whitney Avenue, Suite 200
Gretna, LA 70056

Pitney Bowes, Inc.
c/o Purchase Power
P. O. Box 856042
Louisville, KY 40285

Pitney Bowes, Inc.
P. O. Box 856390
Louisville, KY 40285

Planche, Politz, Ledet, LLC
9456 Jefferson Hwy
Baton Rouge, LA 70809

Shell Card Center
c/o Processing Center
P. O. Box 689010
Des Moines, IW 50368

Shredmasters
9202 S. Northshore Dr.
Suite 201
Knoxville, TN 37922

Security Exchange Commission
175 W Jackson Blvd.
Suite 900
Chicago, IL 60604-2908

Office of U.S. Trustee
Region V
Texaco Center, Suite 2110
400 Poydras Street
New Orleans, LA 70130-3245

Office of the U.S. Attorney
Middle District of Louisiana
777 Florida Street, Suite 208
Baton Rouge, LA 70801-1717

Dena L. Olivier
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099

Marguerite K. Kingsmill
201 St. Charles Ave., Ste. 3300
New Orleans, LA 70170-3400

LA Association for Justice
ATTN: Louise Gonsoulin
P. O. Box 4289
Baton Rouge, LA 70821-4289

Jones, Walker, Waechter, Poitevant,
 Carrere & Denegre, LLP
201 St. Charles Ave., Suite 5100
New Orleans, LA 70170-5101

District Counsel
Internal Revenue Service
P. O. Box 30509
New Orleans, LA 70190-0509

La Chenaie Holdings, L.L.C.
1319 St. Charles Ave.
New Orleans, LA 70130

Lance J. Arnold
Baldwin Haspel Burke & Mayer, LLC
1100 Poydras Street
2200 Energy Centre
New Orleans, LA 70163-2200

Maison St. Charles
1319 St. Charles Ave.
New Orleans, LA 70130

Houck & Riggle — Delete
301 S. Bonner Street
Ruston, LA 71270

Gerald Weeks — Delete
5612 Jackson Street
Alexandria, LA 71303

Wimberly Law Firm
120 Lisa Lane   Delete
Mandeville, LA 71448

Byard Ewards Law Offices LLC
906 CM Fagan Dr., Ste. 4-A Delete
Hammond, LA 70403

Paul Galuszka, APLC   Delete
4556 N. Causeway Blvd., Suite 705
Metairie, LA 70002

Wiedemann & Wiedemann, APLC
821 Baronne   Delete
New Orleans, LA 70113

Ronald Menville  Delete
P. O. Box 13105
New Iberia, LA 70563

Dennis M. LaBorde
Baldwin Haspel Burke & Mayer, LLC
1100 Poydras Street
2200 Energy Centre
New Orleans, LA 70163-2200

Jena W. Smith
Baldwin Haspel Burke & Mayer, LLC
1100 Poydras Street
2200 Energy Centre
New Orleans, LA 70163-2200

Best Koeppel, APLC
2030 St. Charles Avenue  Delete
New Orleans, LA  70130

William Bradley   — Delete
1250 SW Railroad Avenue, # 170
Hammond, LA 70403

Carrrigan Law Firm, LLC
3 Riverway, Suite 1140  — Delete
Houston, TX 77056

John Paul Charbonnet
300 Stewart Street   Delete
Lafayette, LA 70501

Locke Meridith & Associates
1300 Millerville Road   Delete
Baton Rouge, LA 70816

James Desonier   Delete
450 N. Causeway Blvd., Suite C
Mandeville, LA 70448

Douglas Schmidt, APLC
335 City Park Avenue  Delete
New Orleans, LA 70119

Ed Sherman   Delete
1010 Common Street
Suite 1750
New Orleans, LA 70112

Stephen P. Schott
Baldwin Haspel Burke & Mayer, LLC
1100 Poydras Street
2200 Energy Centre
New Orleans, LA 70163-2200

SOFRA
35 rue Pauline Borghese
92200 Neuilly Sue Seine, France

Kavanagh & Renderio   — Delete
810 Union Street, 2nd Floor
New Orleans, LA 70112

Kent Mercier   — Delete
3639 Ambassador Caffery Pkwy
Suite 144
Lafayette, LA 70503-0144

Kevin Hanchey   — Delete
241 Maximillain Street
Baton Rouge, LA 70802

Law Offices of Vince DeSalvo  Delete
7918 Wrenwood Drive, Suite A
Baton Rouge, LA 70809

Leonard Cardenas, III APLC
6525 Perkins Road   Delete
Baton Rouge, LA 70808

Mark W. Smith, APLC Delete
14367 Chef Menteur, Suite C
New Orleans, LA 70129

Norman Jolly, PC  Delete
405 Main Street, #1000
Houston, TX 77002

Pierce & Shows, LLC
601 St. Joseph Street Delete
Baton Rouge, LA 70802

Douglas Schmidt, APLC
335 City Park Avenue *Delete*
New Orleans, LA 70119

Frank D'Amico, Sr.
240 Fremaux Street *Delete*
Slidell, LA 70458

Henry T. Dart
510 N. Jefferson St. *Delete*
Covington, LA 70433

R. Chris Oetjens
704 S. Foster Drive *Delete*
Baton Rouge, LA 70806

Frank D'Amico, Jr.
622 Baronne St. *Delete*
New Orleans, LA 70113

Lester J. Waldmann
301 Huey P. Long Ave *Delete*
Gretna, LA 70053

Joseph Lahatte
3421 N. Causeway Blvd. *Delete*
Suite 900
Metairie, LA 70002

Frank Tomeny
6709 Perkins Road *Delete*
Baton Rouge, LA 70808

Goforth & Lilley
109 Stewart St. *Delete*
Lafayette, LA 70501