UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE:

ADVOCATE FINANCIAL, LLC                                CASE NO. 10-10767

    Debtor                                                      Chapter 11

## ORDER

Considering the Motion to Transfer Venue filed by the Debtor, Advocate Financial, LLC, the objection thereto by Hancock Bank of Louisiana, the stipulated facts, argument of counsel, applicable law and for reasons orally rendered at the July 21, 2010 hearing on the motion,

IT IS ORDERED that the Motion of Advocate Financial, LLC to Transfer Venue [Doc. No. 174] is DENIED.

Baton Rouge, Louisiana, July 22, 2010.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE