AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES BANKRUPTCY COURT

__Middle__ DISTRICT OF __Louisiana__

## EXHIBIT AND WITNESS LIST

Advocate Financial, LLC

Case Number: 10-10767

| PRESIDING JUDGE Douglas D. Dodd | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) 7-21-10 | ~~COURT REPORTER~~ ECRO Chad Smith | COURTROOM DEPUTY Gina Harrison |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/21/10 | Hancock 1 | ✓ | Schedules and Statement of Financial Affairs (P-51) |
| | | " | Hancock 2 | ✓ | Amended Summary of Schedules (P-192) |
| | | " | Hancock 3 | ✓ | Amended Summary of Schedules (P-221) |
| | | " | Hancock 4 | ✓ | Amended Statement of Financial Affairs (P-223) |
| | | " | Hancock 5 | ✓ | Proof of Claim by Hancock Bank dated 4-13-2010 |
| | | " | Hancock 6 | ✓ | Commercial Guaranty (HB 02478) |
| | | " | Hancock 7 | ✓ | 1st Amended and Restated Subordination Agreement (HB 02491) |
| | | " | Hancock 8 | ✓ | Borrowing Base Certificate for debtor (dated 1/31/08) |
| | | " | Hancock 9 | ✓ | " " " " " (dated 2/28/09) |
| | | " | Hancock 10 | ✓ | 4th Amended and Restated Subordination Agreement (HB 04342) |
| | | " | Hancock 11 | ✓ | Borrowing Base Certificate for debtor (dated 3/31/09) |
| | | " | Hancock 12 | ✓ | " " " " (dated 4/30/09) HB 00027 |
| | | " | Hancock 13 | ✓ | " " " " (dated 4/30/08) HB 02372 |
| | | " | Hancock 14 | ✓ | " " " " (dated 5/31/09) HB 00031 |
| | | " | Hancock 15 | ✓ | " " " " (dated 6/30/09) HB 00037 |
| | | " | Hancock 16 | ✓ | " " " " (dated 7/31/09) HB 02265 |
| | | " | Hancock 17 | ✓ | " " " " (dated 8/31/09) HB 02264 |
| | | " | Hancock 18 | ✓ | " " " " (dated 9/30/09) HB 00060 |
| | | " | Hancock 19 | ✓ | Advocate Financial, LLC (dated 12/31/07) HB 00855 |
| | | " | Hancock 20 | ✓ | " " " (dated 12/31/08) HB 03553 |
| | | " | Hancock 21 | ✓ | Loan Extension + Deferral Agreement (HB 04081) |
| | | " | Hancock 22 | ✓ | " " " " (HB 04146) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

**Advocate Financial, LLC**     CASE NO **10-10767**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/21/10 | Hancock 23 | ✓ | Borrowing Base Certificate for debtor (HB 00098) |
| | | " | Hancock 24 | ✓ | Letter to Martine Rossillon from Hancock Bank (HB 00798) |
| | | " | Hancock 25 | ✓ | Advocate Financial, LLC dated 6/30/09 (HB 00836) |
| | | " | Hancock 26 | ✓ | Loan Extension + Deferral Agreement (HB 04137) |
| | | " | Hancock 27 | ✓ | Advocate Financial – Loan Portfolio Summary (HB 02456) |
| | | " | Hancock 28 | ✓ | Resume of George J. Panzeca, CPA/CFF, CMA, CFE |
| | | " | Hancock 29 | ✓ | Analysis of Borrowing Base Certificates for debtor |
| | | " | Hancock 30 | ✓ | Analysis of Loans Receivable as of 6/28/10 |
| | | " | Hancock 31 | ✓ | Letter to Glyn Miller from Dennis M. LaBorde (dated 7/9/10) |
| | | " | Hancock 32 | ✓ | Analysis of Total Loans Receivable (1/31/06 – 9/30/09) |

Witnesses: Gary Merifield
            George J. Panzeca