UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

In re

ADVOCATE FINANCIAL, L.L.C.
    Debtor.

CASE NO. 10-10053
CHAPTER 11

OBJECTION TO INTERIM APPLICATION FOR COMPENSATION
FOR THE PERIOD OF MARCH 1, 2010 THROUGH MAY 31, 2010
BY THE LAW FIRM OF BALDWIN HASPEL BURKE & MAYER, LLC

TO THE HONORABLE DOUGLAS D. DODD:

COMES NOW R. Michael Bolen, United States Trustee, Region 5, and files this Objection to Interim Application for Compensation for the Period of March 1, 2010 through May 31, 2010 by the law firm of Baldwin Haspel Burke & Mayer and in support there of shows this Honorable Court as follows:

1.

Local Rule 2016-1 requires every application to include any retainer received. The application to employ reflects a $50,000 retainer received by Applicants on March 1, 2010. The voluntary petition was filed March 2, 2010. The application should have included a discussion of the retainer and how it was applied.

2.

Any charge to the estate for pre-petition services performed that were not in connection with and in anticipation of the filing of a voluntary petition should be disallowed.

3.

Local Rule 2016-1 (b)(iv) calls for the title of each person performing tasks. The instant application lumps those performing tasks under one heading of "ATTORNEY/PARALEGAL." To satisfy Local Rule requirements the application should clearly identify the person performing the task as either partner, associate, or paralegal.

4.

There is a duplication of services where more than one attorney representing the Debtor appeared at hearings on April 7, 2010 (Schott $660) (LaBorde $568.75) and April 21, 2010 (Schott $2,700)(LaBorde $2,925).

5.

Intraoffice conferences are being impermissibly charged by both parties to the conference.

- 2/10 Schott and LaBorde ($243.75) - .75;
-2/11 Schott and LaBorde - .50;
- 2/17 Schott and LaBorde ($243.75) - .75;
- 4/12 Schott (1.00 - $300) and Howenstine (.90 - $144);
- 4/29 Schott (.50 $150) and Baudoin (.40);
-4/6  Advocate v. Maher, DeSalvo -  Schott and Baudouin .40

6.

The amount requested as compensation for services, $199,004, seems excessive given the nature of the case and the Debtor's financial position as shown in the monthly reports. The monthly reports reflect a post-petition cumulative net loss of $14,660 as of June 30, 2010.

WHEREFORE, the United States Trustee prays that this Honorable Court consider this Objection at the hearing on the Interim Application for Compensation for the Period of March 1, 2010 through May 31, 2010 by the Law Firm of Baldwin Haspel Burke & Mayer, LLC.

Respectfully submitted

R. MICHAEL BOLEN
United States Trustee
Region 5, Judicial Districts of
Louisiana and Mississippi


*s/Carolyn S. Cole*
CAROLYN S. COLE (12496)
Attorney

Carolyn S. Cole
Attorney
Office of the United States Trustee
400 Poydras Street, Suite 2110
New Orleans, LA 70130
Telephone no. (504) 589-4018
Direct telephone no. (504) 589-2593
Facsimile no. (504) 589-4096